UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

Freedom Mortgage Corporation

    vs.　　　　　　　　　　　　　　　　　　Case No.:　　6:22-cv-1279 (GTS/MJK)

Cody J. Kellogg

---

## ORDER

The Court having been advised that the borrower, Cody J. Kellogg, has filed for Chapter 13 Bankruptcy in the Northern District of New York on February 27, 2023, under Case No. 23-60120-6-dd and, as of this date, the Bankruptcy is still active, it appears at this time that there is no further reason to maintain this action on the open docket for statistical purposes.

**IT IS HEREBY ORDERED THAT** the Clerk of the Court is instructed to submit a JS-6 (using Statistical Code <u>18</u>) to the Administrative Office of the U.S. Courts.

The parties are advised that nothing contained in this order shall be considered a dismissal or disposition of the above entitled action, and should further proceedings in it become necessary or desirable, any party may reopen the action by advising the Court in writing that the bankruptcy stay has been lifted.

**IT IS SO ORDERED.**

Dated: February 20, 2025
       Syracuse, New York

*Glenn T. Suddaby*
Glenn T. Suddaby
U.S. District Judge